*Nicholas G. Powers* for appellant.
*John E. Glenn* and *William A. Glenn* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

WORLD EXHIBIT CORPORATION, Respondent, *v.* CITY BANK FARMERS TRUST COMPANY, as Trustee under a Trust Agreement with PRUDENCE-BONDS CORPORATION, Appellant.

Argued June 13, 1946; decided July 23, 1946.

*Jackson A. Dykman, Ralph W. Crolly, Milton Loewe* and *Theodore N. Tarlau* for appellant.

*Nathan H. Elman* and *Edward J. Danziger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

431 FIFTH AVENUE CORPORATION, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued April 17, 1946; decided July 23, 1946.